UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| _____ | Case No.: 20-CV-2267 (NEB/LIB) |
| Joel Smith and John Nesse as Trustees of the Minnesota Laborers Health and Welfare Fund, et al, | |
|     Plaintiffs, | |
| vs. | **NOTICE OF DISMISSAL** |
| William Peterson d/b/a Bay Area Concrete and Bay Area Concrete LLC, | |
|     Defendant. | |
| _____ | |

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiffs hereby dismiss the above-captioned action without prejudice.

Date: August 9, 2022          MCGRANN SHEA CARNIVAL
                              STRAUGHN & LAMB, CHARTERED


                              By: ___s/Christy E. Lawrie_____
                              Amy L. Court (Atty. No. 319004)
                              Christy E. Lawrie (Atty. No. 388832)
                              800 Nicollet Mall, Suite 2600
                              Minneapolis, MN 55402
                              Telephone: (612) 338-2525
                              alc@mcgrannshea.com
                              cel@mcgrannshea.com

                              *Attorney for Plaintiffs*

1417197.DOCX